

# Fourth Court of Appeals
## San Antonio, Texas

May 28, 2015

No. 04-14-00579-CV

Jay Kay **BEAR** Ltd,
Appellant

v.

Patty **MARTIN**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-11890
Honorable Cathleen M. Stryker, Judge Presiding

## C O R R E C T E D   O R D E R

Appellant's and Cross-Appellant's reply briefs are due on June 2, 2015. *See* TEX. R. APP. P. 38.6(c). On May 27, 2015, Appellant and Cross-Appellant filed a joint motion for an extension of time to file the reply briefs until July 2, 2015.

The joint motion is GRANTED. Appellant's and Cross-Appellant's reply briefs must be filed in this court not later than July 2, 2015. *See id.* R. 38.6(d). **NO FURTHER EXTENSIONS OF TIME TO FILE THE REPLY BRIEFS WILL BE GRANTED.**

We caution the parties that this court may consider and decide this appeal before the reply briefs are filed. *See id.* R. 38.3.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court_